**UNITED STATES of America,**
**Plaintiff–Appellee**

**v.**

**Mauricio ZAMARRIPA–ARANDA, also known as Mauricio Aranda, also known as Mauricio Aranda–Zamarripa, also known as Mauricio Zamarripa, Defendant–Appellant.**

**No. 15–50282**
**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Dec. 15, 2015.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Judy Fulmer Madewell, Assistant Federal Public Defender, Maureen Scott Franco, Federal Public Defender, Federal Public Defender's Office, San Antonio, TX, for Defendant–Appellant.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Before JONES, SOUTHWICK, and COSTA, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Mauricio Zamarripa–Aranda raises an argument that he concedes is foreclosed by *United States v. Rawls,* 85 F.3d 240, 241–43 (5th Cir.1996), which rejected a Commerce Clause-based challenge to 18 U.S.C. § 922(g)(1). The Government's motion for summary affirmance is GRANTED, the alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.